# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON THOMPSON, | Case No. EDCV 14-1708-MMM (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA et al., | |
| Respondent. | |

Pursuant to the Order Re Petitioner's Request to Withdraw Habeas Petition; Order Dismissing Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: <u>October 7, 2014</u>

                                               JEAN ROSENBLUTH
                                               U.S. MAGISTRATE JUDGE